[No. 15361-1-II.   Division Two.   August 10, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. CARRIE KIM STILLWELL, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 91-1-00185-2, Don L. McCulloch, J., entered September 18, 1991. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Petrich, C.J., and Seinfeld, J.

[No. 15317-2-II.   Division Two.   August 10, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES ALDEN, *Appellant*.

Appeal from a judgment of the Superior Court for Jefferson County, No. 91-1-00010-2, William E. Howard, J., entered September 13, 1991. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Morgan, A.C.J., and Seinfeld, J.

[No. 15456-1-II.   Division Two.   August 10, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. BRIAN D. LINDROS, *Appellant*.

Appeal from a judgment of the Superior Court for Pacific County, No. 91-1-00128-4, Joel M. Penoyar, J., entered November 1, 1991. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Petrich, C.J., and Seinfeld, J.